UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVON TOSOIAN,

    Defendant.

_____/

Case No.   23-cr-20445

Hon. Judith Levy

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, **DEVON TOSOIAN,** and states:

1. Defendant is charged in this case with**, 21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute and 18 U.S.C. § 922(o) Illegal Possession of a Machine Gun**.

2. Defendant is currently incarcerated **at Macomb Correctional Center located at 34625 26 Mile Road, Lennox Township, Michigan 48048** in connection with a different case.

3. Defendant's **Initial Appearance/Arraignment on Indictment** in this case has been scheduled for **August 30, 2023 at 1:00 p.m. in duty court in the**

**Theodore Levin U.S. Courthouse, 231 Lafayette Boulevard, Detroit, Michigan 48226**. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the, Macomb Correctional Center, Macomb Sheriff, Wayne County Sheriff, Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer to produce **DEVON TOSOIAN** before the judicial officer and at the place and time stated above.

Respectfully submitted,

DAWN N. ISON
United States Attorney

/s/ *Nhan Ho*
Nhan Ho
Assistant United States Attorney
211 West Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9632
Nhan.Ho@usdoj.gov

Date: August 22, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVON TOSOIAN,

    Defendant.
_____/

Case No.   23-cr-20445

Hon. Judith Levy

## ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

_____
HONORABLE DAVID R. GRAND
United States Magistrate Judge

Date:   August 23, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVON TOSOIAN,

    Defendant.

_____/

Case No.   23-cr-20445

Hon. Judith Levy

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    Warden, Sheriff or Jailor at the Macomb Correctional Center, Macomb Sheriff, Wayne County Sheriff's, Michigan Department of Corrections, or any other Michigan State Corrections Facility, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant**, DEVON TOSOIAN, in duty in the Theodore Levin U.S. Courthouse, 231 Lafayette Boulevard, Detroit, 48226, August 30, 2023, at 1:00 p.m.** for his **Initial Appearance/Arraignment on Indictment** in this case; and you are also directed to return **DEVON TOSOIAN** to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

                                      KINIKIA D. ESSIX
                                      *Clerk*

                         By:    s/Eddrey O. Butts
                               *Deputy Clerk*    (Seal)