UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 23-20445

v.

                         HONORABLE JUDITH LEVY

DEVON TOSOIAN,

        Defendant.
_____/

## STIPULATION AND ORDER TO EXTEND
## TIME TO CONDUCT PRE-SENTENCE INTERVIEW

The parties agree to extend the time to conduct Defendant's presentence investigation interview to May 7, 2024. This request is being made because Mr. Tosoian's place of incarceration was not allowing visits to occur on April 22, 2024, the date initially scheduled for his presentence interview. Due to scheduling conflicts on the art of both the assigned probation officer and defense counsel, additional time is needed to complete the interview.

    IT IS SO STIPULATED AND AGREED:

*/s/ Nhan Ho (by consent)*          */s/ Nancy McGunn*
Nhan Ho                                     Nancy McGunn
Assistant United States Attorney     Counsel for Defendant
211 West Fort Street, Suite 2001     613 Abbott Street, Suite 500
Detroit, Michigan 48226              Detroit, Michigan 48226
Nhan_Ho@usdoj.gov                 Nancy_McGunn@fd.org

Dated: April 23, 2024

The Court having considered the stipulation and agreement of the parties; the time period in which Defendant's presentence investigation interview must take place is extended. The interview must take place by May 7, 2024.

SO ORDERED.

Date: April 23, 2024                              s/Judith E. Levy
                                                  JUDITH E. LEVY
                                                  United States District Judge